IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:24-mj |
| | ) | |
| MOHAMMAD K. DABOUS, | ) | Court Date: July 22, 2024 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

Count I (Class B Misdemeanor E1424201)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 3, 2024 at Marine Corps Base, Quantico, Virginia, in the Eastern District of Virginia, the defendant, MOHAMMAD K. DABOUS, did unlawfully go upon a military installation for a purpose prohibited by law, to wit: knowingly and intentionally entering Marine Corps Base Quantico.

(In violation of Title 18, United States Code, Section 1382.)

                                            Respectfully submitted,

                                            Jessica D. Aber
                                            United States Attorney

By:             /s/
                Alexander Amico
                Special Assistant United States Attorney
                United States Attorney's Office
                Eastern District of Virginia
                2100 Jamieson Avenue
                Alexandria, VA 22314
                Phone: 703-299-3902
                Fax: 703-299-3980
                Email: alexander.amico@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on July 9, 2024, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By:       /s/
Alexander Amico
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3902
Fax: 703-299-3980
Email: alexander.amico@usdoj.gov