IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | No. 1:24-MJ-277 |
| ) | |
| MOHAMMAD K. DABOUS,   ) | |
| ) | |
| Defendant.   ) | |

**CONSENT MOTION FOR ENTRY OF AN AGREED PROTECTIVE ORDER**

To expedite the government's disclosure of gate camera materials ("Video materials") in misdemeanor and petty offense cases, and to adequately protect the privacy rights of the persons depicted therein, pursuant to the Court's authority under Fed. R. Crim. P. 16(d)(1), and with the consent of defense counsel, the Government requests entry of the proposed protective order.

1. As part of the discovery in this matter, the United States intends to produce Video materials and other investigative materials that may contain the visual depictions, confidential information, and/or personal identifying information ("PII") of potential witnesses, and other third parties.

2. The need to produce much of this data in its original format, together with the volume of the data and the interests in producing the material expeditiously, makes it infeasible to make redactions to the materials.

3. Accordingly, the proposed Protective Order regulates discovery in this case by restricting the use and dissemination of documents, videos, and other

information obtained through discovery that contain certain jointly agreed-upon categories of Sensitive information.

WHEREFORE, the undersigned, with the consent of counsel for the defendant, respectfully requests that the Court enter the proposed Protective Order.

                                        Respectfully Submitted,

                                        Jessica D. Aber
                                        United States Attorney

By:   */s/ Alexander F. Amico*

                                        Alexander Amico
                                        Special Assistant United States Attorney
                                        United States Attorney's Office
                                        Eastern District of Virginia
                                        2100 Jamieson Avenue
                                        Alexandria, Virginia 22314
                                        Tel: (703) 299-3902
                                        Fax: (703) 299-3980
                                        E-mail: alexander.amico@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I certify that on September 3, 2024, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By: *Alexander F. Amico*
Alexander Amico
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3902
Fax: (703) 299-3980
E-mail: alexander.amico@usdoj.gov